**LEWIS BRISBOIS BISGAARD & SMITH LLP**
AMY L. GOLDMAN, SBN. 134088
  E-Mail: Amy.Goldman@lewisbrisbois.com
MARIA L. GARCIA, SBN. 276135
  E-Mail: Maria.L.Garcia@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile:  213.250.7900

Attorneys for PETER J. MASTAN,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JULIO ARMANDO SANCHEZ,<br><br>Debtor. | Case No.: 2:21-bk-17719-BB<br><br>Chapter 7<br><br>**DECLARATION OF MARIA L. GARCIA REGARDING PROPOSED ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER COMPELLING DEBTOR TO TURNOVER BANKRUPTCY ESTATE FUNDS** |

I, MARIA L. GARCIA, declare as follows:

1. I am an attorney at law admitted to practice before the courts of the State of California and of the United States District Court for the Central District of California.

2. I am an associate attorney in the law firm of Lewis Brisbois Bisgaard & Smith LLP, general bankruptcy counsel to the Chapter 7 Trustee Peter J. Mastan (the "Trustee") in the above-captioned bankruptcy case.

3. The following is personally known to me unless otherwise stated and if called as a witness, I could and would testify competently thereto.

4. On May 3, 2023, I appeared on behalf of the Trustee at the hearing on the *Chapter 7 Trustee's Motion For Order Compelling Debtor To Turnover Bankruptcy Estate Funds* [filed on

94451362.1

1 | March 31, 2023; Docket No. 59].

2 |     5.    Though a date to turn over was not specifically mentioned in the Motion or at the hearing, in order to provide clarity to the request to turn over, the proposed order also provides that Debtor shall immediately turnover to the Trustee funds in the amount of $19,076.78 on or before May 31, 2023 unless the Court orders otherwise.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed this 4th day of May, 2023, at Los Angeles, California.

                      /s/Maria L. Garcia
                      MARIA L. GARCIA

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

94451362.1          2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
633 W. 5th Street, Suite 4000, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF MARIA L. GARCIA REGARDING PROPOSED ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER COMPELLING DEBTOR TO TURNOVER BANKRUPTCY ESTATE FUNDS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 4, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Counsel for Debtor - Sydell B Connor**   wonderwomanwest2@gmail.com, martha4bkconnor@ymail.com
- **Maria L Garcia**   Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com
- **Peter J Mastan (TR)**   pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 4, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **DEBTOR:**<br>Julio Armando Sanchez<br>*dba* Jass Construction<br>10801 Cushdon Avenue<br>Los Angeles, CA 90064 | **THE HONORABLE SHERI BLUEBOND:**<br>Los Angeles Division<br>United States Bankruptcy Court<br>Roybal Federal Building<br>255 E. Temple Street, Suite 1534<br>Los Angeles, CA 90012 |
|---|---|

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
S/ Marion Diamond

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 4, 2023 | Marion Diamond | */s/ M. Diamond* |
|---|---|---|
| Date | Printed Name | Signature |

94452962.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE